**No. 11-182. Arizona, et al., Petitioners v. United States.**

565 U.S. 1092, 132 S. Ct. 845, 181 L. Ed. 2d 547, 2011 U.S. LEXIS 8850.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 641 F.3d 339.